■ CITY OF NEW YORK, Respondent, v L.J.W.P. REALTY CO., L. L. C., Appellant, et al., Defendants. (Appeal No. 1.) [703 NYS2d 769] —Order unanimously affirmed with costs. Memorandum: We reject plaintiff's contention that these appeals are moot because the property at issue was sold during the pendency of the appeals (*see*, CPLR 5523; *Da Silva v Musso*, 76 NY2d 436, 440-441). We affirm for reasons stated in the decision at Supreme Court (Freedman, J.). (Appeal from Order of Supreme Court, New York County, Freedman, J.—RPAPL.) Present—Pine, J. P., Wisner, Hurlbutt, Balio and Lawton, JJ.

■ CITY OF NEW YORK, Respondent, v L.J.W.P. REALTY CO., L. L. C., Appellant, et al., Defendants. (Appeal No. 2.) [703 NYS2d 769] —Order unanimously affirmed with costs. Same Memorandum as in *City of New York v L.J.W.P. Realty Co.* ([appeal No. 1] 269 AD2d 810 [decided herewith]). (Appeal from Order of Supreme Court, New York County, Freedman, J.— RPAPL.) Present—Pine, J. P., Wisner, Hurlbutt, Balio and Lawton, JJ.